UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CHARLES J. GRIFFIN,<br>JULIA ANN YARDEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | 1:02-cv-329-RLY-VSS |
| SISTERS OF SAINT FRANCIS, | ) ) ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiffs on their amended complaint.

The costs of this action are assessed against the plaintiffs.

Date: July 28, 2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Alan L. McLaughlin
BAKER & DANIELS
alan.mclaughlin@bakerd.com

Christopher C. Murray
BAKER & DANIELS
christopher.murray@bakerd.com

Charles J. Griffin
516 Enright Avenue
Cincinnati, OH 45205

Julia Ann Yarden
516 Enright Avenue
Cincinnati, OH 45205